```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

RICKY LEE LOVE                §
                              §
V.                            § CIVIL ACTION NO. 4:12-CV-642-Y
                              §
CAROLYN W. COLVIN, ACTING     §
COMMISSIONER OF SOCIAL SECURITY §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On October 8, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying Plaintiff's claims for disability insurance benefits under Title II and for supplemental social security income under Title XVI of the Social Security Act. An order issued that same day gave all parties until October 22, 2013, to serve and file with the Court written objections to the findings. Plaintiff has filed his "response," which the Court construes as his objections. The commissioner did not file a response.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED October 24, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE